IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00166–EWN

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  NORMAN GONZALEZ-JIMENEZ,

     Defendant.

---

## ORDER AND NOTICE OF SETTINGS

---

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

     This matter is set for a two-day trial to a jury of 12, plus alternates, commencing at

9:00 o'clock a.m. on Monday, **October 2, 2006**, in Courtroom A1001 of the Alfred A. Arraj

United States Courthouse.  Therefore, it is

     **ORDERED** that the deadline for filing all motions is <u>September 1, 2006</u>.  All responses

shall be filed by <u>September 8, 2006</u>.  Counsel shall notify the court as soon as possible if a hearing

will be necessary and how much time will be needed for the hearing.  It is further

     **ORDERED** that a change of plea hearing is scheduled to commence at 10:00 o'clock a.m.

on Friday, **September 22, 2006**.  The deadline for submitting the plea agreement and statement of

1

facts relevant to sentencing and the statement by defendant in advance of plea of guilty is

Wednesday, <u>September 20, 2006</u>.

Dated: July 31, 2006